No. 656. SINCLAIR & CARROLL CO., INC. *v.* INTERCHEMICAL CORPORATION. December 11, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. William D. Mitchell* for petitioner. *Mr. Robert W. Byerly* for respondent.

No. 205. IN RE CLYDE WILSON SUMMERS. December 11, 1944. The return to the rule to show cause is received and ordered filed. The petition for writ of certiorari to the Supreme Court of Illinois is granted and the writ is ordered to issue. *Mr. Julien Cornell* for petitioner. *Messrs. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for the Chief Justice and Associate Justices of the Supreme Court of Illinois, respondents.

No. 593. RADIO STATION WOW, INC. ET AL. *v.* JOHNSON. December 11, 1944. Petition for writ of certiorari to the Supreme Court of Nebraska granted. *Messrs. Francis P. Matthews, Rainey T. Wells, Monroe Oppenheimer, Robert E. Sher, C. Petrus Peterson,* and *Paul P. Massey* for petitioners. *Mr. Don W. Stewart* for respondent.

No. 620. UNITED STATES *v.* BEACH. December 11, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General Fahy* for the United States. *Messrs. James R. Kirkland* and *Nathan M. Lubar* for respondent.